```
 1  CAROL C. LAM
    United States Attorney
 2  EDWARD C. WEINER
    Assistant U.S. Attorney
 3  California State Bar No. 048843
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7125
    Facsimile: (619) 557-7053
 6
    Attorneys for Plaintiff
 7  United States of America
```



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 99cr1581-J |
|---|---|---|
| Plaintiff, | ) | WAIVER OF STATUTE OF LIMITATIONS |
| v. | ) | |
| OSWALDO ROSAS LLAMAS (7), aka "Cheyenne," | ) | |
| Defendant. | ) | |

In connection with a disposition of the above-captioned case in which defendant Oswaldo Rosas Llamas (7), aka "Cheyenne," was charged by Indictment in the first instance on June 1, 1999 (and subsequently on June 21, 1999, April 25, 2000 and September 26, 2000), the Government, defendant, and counsel for defendant have reached a disposition by means of a Superseding Information which relates back to a transaction occurring between on or about January 29, 1998 and on or about February 27, 1998. Ordinarily, the normal five-year statute of limitations contained in Title 18, United States Code, Section 3282 would require the Superseding Information in the instant case to be filed within five years of the offense date.

//

//

This waiver of the statute of limitations is being executed by defendant Oswaldo Rosas Llamas after a full and complete consultation with his counsel and after the relevant documents have been read to him in the Spanish language.

IT IS THEREFORE AGREED that defendant Oswaldo Rosas Llamas hereby waives the five-year time period contained in the statute of limitations and that the offense charged in the Superseding Information not be subject to the normal five-year statute of limitations.

IT IS FURTHER AGREED that defendant Oswaldo Rosas Llamas cannot at any time raise the defense of the statute of limitations for the charge alleged to have occurred between on or about January 29, 1998 and on or about February 27, 1998. Defendant and counsel for defendant hereby acknowledge that the statute of limitations is non-jurisdictional and can be waived.

Respectfully submitted,

CAROL C. LAM
United States Attorney

DATED: OCTOBER 23, 2006

*Edward C. Weiner*
EDWARD C. WEINER
Assistant U.S. Attorney

DATED: 10-27-06

ROBERT L. SWAIN
Counsel for Defendant

DATED: 10-27-06

*Oswaldo Rosas Ll.*
OSWALDO ROSAS LLAMAS
Defendant

DATED: 10-30-06

NAPOLEON A. JONES, JR.
District Court Judge
Judicial Officer